ACCEPTED
01-13-00295-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 3:03:55 PM
CHRISTOPHER PRINE
CLERK

Appeal No. 01-13-00295-CR

| | | |
|---|---|---|
| EDWARD FLORES | § | IN THE COURT OF APPEALS |
| | § | |
| vs. | § | FOR THE FIRST DISTRICT |
| | § | |
| STATE OF TEXAS | § | OF TEXAS AT HOUSTON |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 3:03:55 PM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING PURSUANT TO TEXAS RULE OF APPELLATE PROCEDURE RULE 49.8

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Edward Flores, Appellant, and requests this Court grant an extension of time to file his motion for rehearing pursuant to Tex. R. App. Proc. Rule 49.8 and would show unto the Court the following:

1. On February 26, 2015, this court delivered and filed its opinion in this cause. The deadline to file a motion for rehearing pursuant to Tex. R. App. Proc. Rule 49.1 was due March 13, 2015.

2. The deadline for filing a motion of extension of time to file pursuant to Tex. R. App. Proc. Rule 49.8 is due by March 30, 2015.[1]

3. Appellant's counsel is requesting this extension of time to his motion to file Appellant's Brief because Appellant's Counsel was set for Jury on March 2, 2015 on an Aggravated Robbery, Aggravated Kidnapping and unadjudicated Aggravated robberies and assault on public servant's in the 411th Judicial District Court of Polk County. That Polk County case plead only the Friday before jury selection was to start. Counsel was also in Jury trial the week of March 9, 2015 in a Habitual first degree

---

[1] The actual due date to file the motion for rehearing is March 28, 2015. Since March 28, 2015 is a Saturday, the due date would be moved to the first business day, which would be March 30, 2015. T.R.A.P 4.1(a)

delivery of a controlled substance in the 75th Judicial District Court of Liberty County, Texas. Finally, Appellant Counsel is beginning jury trial, March 30, 2015 in the 258th Judicial District Court of Polk County, on an Aggravated robbery case that has 16 media disks, over 6000 pages in medical records, and over 500 pages in police and Texas Ranger reports.

      4.     No other extensions for motion for rehearing have been previously granted.

Respectfully Submitted,

_____

Scott Pawgan
State Bar No. 24002739
122 W. Davis, Ste 116
Conroe, Texas 77301
Phone (936) 242-6975
Fax (800) 619-5113

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the attorney for the State via the electronic service feature of the e-file provider this motion was filed with on the March 30, 2015.

_____

Scott Pawgan

Appeal No. 01-13-00295-CR

| | | |
|---|---|---|
| EDWARD FLORES | § | IN THE COURT OF APPEALS |
| | § | |
| vs. | § | FOR THE FIRST DISTRICT |
| | § | |
| STATE OF TEXAS | § | OF TEXAS AT HOUSTON |

### ORDER ON MOTION FOR EXTENSION OF TIME TO FILE FILES MOTION FOR REHEARING PURSUANT TO TEXAS RULE OF APPELLATE PROCEDURE RULE 49.8

On this day came to be heard Appellant's Motion For Extension Of Time To File Files Motion For Rehearing Pursuant To Texas Rule Of Appellate Procedure Rule 49.8 and the Court is of the opinion the motion should be GRANTED.

IT IS ORDERED that Appellant's deadline to file Appellant's Motion for Rehearing be extended from March 30, 2015 and Appellant's Motion for Rehearing is now due _____.

_____
Judge, Court of Appeals